```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10360
   STUART MACKIE
   SHARON MACKIE                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
             Debtor
   SSN XXX-XX-3204      SSN XXX-XX-4693


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/23/06 and confirmed on 10/19/06.

     2.  The case was converted to Chapter 7 after confirmation, 08/07/2007.

     3.  The Debtor paid a total of $   2750.00 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
INDYMAC BANK             CURRENT MORTG         .00            .00            .00
STATE FARM BANK          SECURED               .00            .00            .00
TOYOTA MOTOR CREDIT CORP SECURED               .00            .00            .00
BECKET & LEE LLP         UNSECURED        10505.30            .00          22.92
ECAST SETTLEMENT CORPORA UNSECURED        11878.37            .00          25.92
CAPITAL ONE BANK         UNSECURED        18384.34            .00          40.11
B REAL LLC               UNSECURED        17986.14            .00          39.24
FIFTH THIRD BANK         UNSECURED        13803.75            .00          30.12
FIRST NATIONAL BANK OF O UNSECURED        13074.21            .00          28.53
ECAST SETTLEMENT CORPORA UNSECURED         9917.85            .00          21.64
HSBC                     UNSECURED         2641.65            .00           5.76
LOYOLA UNIVERSITY PHYS F UNSECURED        NOT FILED           .00            .00
LOYOLA HOSPITAL          UNSECURED        NOT FILED           .00            .00
LOYOLA HOSPITAL          UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA UNSECURED         7194.98            .00          15.70
RESURGENT CAPITAL SERVIC UNSECURED         2316.28            .00           5.05
ST FRANCIS HOSPITAL      UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL      UNSECURED        NOT FILED           .00            .00
WELLS FARGO FINANCIAL IN UNSECURED          691.68            .00           1.51

CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
       Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00     108394.55          .00     108394.55
PRINCIPAL PAID          .00          .00         236.50         .00         236.50
INTEREST PAID           .00          .00            .00         .00            .00
TOTAL PAID              .00          .00         236.50         .00         236.50
```

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   3000.00 and was paid $     600.00   direct and $    2400.00   through the plan.

The Trustee received $     113.50 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE